Dismissed and Memorandum Opinion filed July 9, 2009








Dismissed
and Memorandum Opinion filed July 9, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00535-CV

____________

 

MAX W. BLANTON, Appellant

 

V.

 

MARGARET ANN BLANTON, Appellee

 



 

On Appeal from the
300th District Court

Brazoria County,
Texas

Trial Court Cause
No. 48941

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from an order signed February 23, 2009.  On July 1, 2009, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Guzman and Boyce.